# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff, )<br>                                        )     CIVIL ACTION NO. _____<br>     v.                                )<br>                                        )<br>DUNBAR ASPHALT PRODUCTS, INC., )<br>            Defendant        )<br>_____) | |

## NOTICE OF LODGING OF CONSENT DECREE

Pursuant to 28 C.F.R. § 50.7, the United States is lodging the attached Consent Decree in the above-captioned action. Notice of this lodging will be published in the Federal Register. During the pendency of the 30-day public comment period required under 28 C.F.R. § 50.7, no action is required of this Court. After the expiration of the public comment period and evaluation of the comments received, the United States will either file a motion requesting entry of the Consent Decree, or seek other appropriate action.

Respectfully Submitted,

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

s/Marcello Mollo
Marcello Mollo
Senior Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
601 D Street NW
Washington, D.C. 20004
(202) 514-2757 direct
(202) 514-0097 fax

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing Notice of Lodging of Consent Decree, and the attached Consent Decree, together with Appendices, were filed with this Court on September 3, 2015. Notice of this filing will be sent by operation of the Court's electronic filing system to any registered participants, and by electronic and first-class mail to the following individual:

 Robert W. Thomson
 Babst Calland
 Two Gateway Center
 Pittsburgh, PA 15222
 rthomson@babstcalland.com
 *Attorney for Defendant*

                    *s/Marcello Mollo*