# APPENDIX A

# FIGURES

# APPENDIX A



Figure 1
Sharon Steel Farrell Works
Sites Location Map

# APPENDIX A

**Figure 2 — Site Features**

Sharon Steel Farrell Works Superfund Site

US EPA
REGION III
1650 Arch Street
Philadelphia, Pennsylvania 19103

Labels on map: OU-1 Phase 1, OU-2, OU-1 Phase 2, Shenango River, Business One, Business Two, Ohio Street.

Legend: OU-1 Phase I, OU-2, OU-1 Phase 2, Site Boundary.

AR300399



Figure 3
Dunbar Asphalt Property
Areas to Cap

Sharon Steel Superfund Site
Farrell, Pennsylvania

AR300400

U.S. EPA Region III, GIS Team - Map 3720 - J. Cruz, 03/20/2013 Case 2:15-cv-01158-DSC-RCM Document 2-3 Filed 09/04/15 Page 5 of 15

APPENDIX A

## Legend

— Approximate Property Line
▪ ▪ ▪ ▪ Approximate Floodplain Boundary
▨ Floodplain Area Addressed By Operable Unit 1 Record of Decision
▨ Areas That Have to Fulfill Performance Criteria Specified in the Sharon Steel Rod in the Operable Unit 2

Ohio Street

0   125


Sharon Steel Superfund Site
Farrell, Pennsylvania

Figure 4
Williams Brothers Property
Areas to Cap

AR300401

# APPENDIX A

SHARON STEEL FARRELL WORKS
OU2 ADMINISTRATIVE RECORD FILE *
INDEX OF DOCUMENTS

II. REMEDIAL ENFORCEMENT PLANNING

1. Letter to Mr. Robert Thomson, Babst, Calland, Clements, & Zomni, P.C., from Ms. Ami Antoine, U.S. EPA, re: Administrative Order Settlement on Consent, 12/23/08. P. 200001-200022. Related documents are attached.

2. Appraisal of Real Property, Dunbar Asphalt Products, prepared by Integra Realty Resources - Pittsburgh, 8/8/11. P. 200023-200136.

3. Appraisal of Real Property, Williams Brothers Trucking, prepared by Integra Realty Resources - Pittsburgh, 8/8/11. P. 200137-200276.

4. Letter to Mr. Robert Thomson, Babst Calland Clements, & Zomni, P.C., from Mr. Mark Bolender, U.S. EPA, re: Draft Administrative Settlement Agreement and Order on Consent for Removal Response Action, 4/9/09. P. 200277-200279. Response Action Elements at Sharon Steel Superfund Site, Operable Unit 2, is attached.

---

\* Administrative Record File available 9/14/12, updated 9/24/13.

# APPENDIX A

III. REMEDIAL RESPONSE PLANNING

1. Report: <u>Remedial Investigation (RI) Report, Volume 1 of 12, Sharon Steel Farrell Works Site, Farrell, Mercer County, Pennsylvania</u>, prepared by Black & Veatch, 6/05. **

2. Report: <u>Remedial Investigation (RI) Report, Volume 2 of 12, Sharon Steel Farrell Works Site, Farrell, Mercer County, Pennsylvania</u>, prepared by Black & Veatch, 6/05. **

3. Report: <u>Remedial Investigation (RI) Report, Volume 3 of 12, Sharon Steel Farrell Works Site, Farrell, Mercer County, Pennsylvania</u>, prepared by Black & Veatch, 6/05. **

4. Report: <u>Remedial Investigation (RI) Report, Volume 4 of 12, Sharon Steel Farrell Works Site, Farrell, Mercer County, Pennsylvania</u>, prepared by Black & Veatch, 6/05. **

5. Report: <u>Remedial Investigation (RI) Report, Volume 5 of 12, Sharon Steel Farrell Works Site, Farrell, Mercer County, Pennsylvania</u>, prepared by Black & Veatch, 6/05. **

6. Report: <u>Remedial Investigation (RI) Report, Volume 6 of 12, Sharon Steel Farrell Works Site, Farrell, Mercer County, Pennsylvania</u>, prepared by Black & Veatch, 6/05. **

7. Report: <u>Remedial Investigation (RI) Report, Volume 7 of 12, Sharon Steel Farrell Works Site, Farrell, Mercer County, Pennsylvania</u>, prepared by Black & Veatch, 6/05. **

---

** Marked documents can be found in the Sharon Steel Farrell Works OU1 Administrative Record File and are incorporated herein by reference.

# APPENDIX A

8. Report: <u>Remedial Investigation (RI) Report, Volume 8 of 12, Sharon Steel Farrell Works Site, Farrell, Mercer County, Pennsylvania</u>, prepared by Black & Veatch, 6/05.   **

9. Report: <u>Remedial Investigation (RI) Report, Volume 9 of 12, Sharon Steel Farrell Works Site, Farrell, Mercer County, Pennsylvania</u>, prepared by Black & Veatch, 6/05.   **

10. Report: <u>Remedial Investigation (RI) Report, Volume 10 of 12, Sharon Steel Farrell Works Site, Farrell, Mercer County, Pennsylvania</u>, prepared by Black & Veatch, 6/05.   **

11. Report: <u>Remedial Investigation (RI) Report, Volume 11 of 12, Sharon Steel Farrell Works Site, Farrell, Mercer County, Pennsylvania</u>, prepared by Black & Veatch, 6/05.   **

12. Report: <u>Remedial Investigation (RI) Report, Volume 12 of 12, Sharon Steel Farrell Works Site, Farrell, Mercer County, Pennsylvania</u>, prepared by Black & Veatch, 6/05.   **

13. Record of Decision, Operable Unit 1, Sharon Steel Farrell Works, 11/14/06. P. 300001-300077.

14. Report: <u>Final Feasibility Study Report, Sharon Steel Farrell Works (SSFW) Site - OU2</u>, prepared by CDM Federal Programs Corporation (CDM), 9/07. P. 300078-300221.

15. Meeting Minutes: Discussion of Technical Approach Memo, Sharon Steel Farrell Works Superfund Site, Operable Unit 2, 2/19/10. P. 300222-300224. A March 2, 2010, transmittal letter to Ms. Rashmi Mathur, U.S. EPA, from Mr. James Romig, CDM, is attached.

16. Letter Report to Ms. Rashmi Mathur, U.S. EPA, from Mr. James Romig, CDM, re: Revised Draft Technical Approach Memorandum - Sharon Steel Farrell Works OU2, (Dunbar Asphalt Company, Inc. Property), 2/25/10. P. 300225-300234.

# APPENDIX A

17. Table, Asphalt Paving of Former OU2 Area, Rough Order-of-Magnitude Cost Estimate, Sharon Steel Farrell Works, OU2, (undated). P. 300235-300236. A November 29, 2011, electronic transmittal memorandum, to Ms. Rashmi Mathur, U.S. EPA, from Mr. James Romig, CDM, is attached.

18. Superfund Program Proposed Plan, Sharon Steel Corporation (Farrell Works Disposal Area) Superfund Site - Operable Unit 2, Hickory Township and the City of Farrell, Pennsylvania, 9/13/12. P. 300237-300269.

19. Letter to Ms. Ami Antoine, U.S. EPA, from Mr. Robert Thomson, Babst, Calland, Clements, and Zomnir, P.C., re: Dunbar Asphalt, Inc., 2/23/09. P. 300270-300277. Comments on the Phase II, Air Dispersion Modeling Analysis for Identified Chemicals of Potential Concern for Inhalation Exposure, Sharon Steel, Farrell Works Facility, and the Final Baseline Human Health Risk Assessment Report, are attached.

20. Memorandum to Mr. Mitch Cron, U.S. EPA, from Ms. Jennifer Hubbard, U.S. EPA, re: Review of Sharon Steel Farrell Issues in Response to Counsel's Letter, 3/4/09. P. 300278-300285. A March 12, 2009, letter to Ms. Ami Antione, U.S. EPA, from Mr. Robert Thomson, Babst, Calland, Clements, and Zomnir, P.C., regarding Dunbar Asphalt Company, Inc., is attached.

21. Letter to Mr. Mark Bolender, U.S. EPA, from Mr. Robert Thomson, Babst, Calland, Clements, and Zomnir, P.C., re: Response to April 9, 2009, letter, 7/16/09. P. 300286-300289. A response to the April, 9, 2009, letter's attachment regarding Response Action Elements, is attached.

22. Memorandum to Ms. Rashmi Mathur, U.S. EPA, from Ms. Jennifer Hubbard, U.S. EPA, re: OU2 Risk Update for the 2005 Baseline Risk Assessment, 2/7/12. P. 300290-300297.

23. Letter to Ms. Rashmi Mathur, U.S. EPA, from Mr. Robert Thomson, Babst, Calland, Clements, and Zomnir, P.C., re: Proposed Plan for Sharon Steel, Farrell Works Superfund Site, Operable Unit 2, 10/16/12. P. 300298-300301. Comments entitled: Phase II, Air

APPENDIX A

      Dispersion Modeling Analysis for Identified Chemicals of Potential Concern for Inhalation Exposure (Unrealistic Assumptions) and Final Baseline Human Health Risk Assessment Report Unreasonable Assumptions and Uncertainty, are attached.

24. Memorandum to Ms. Rashmi Mathur, U.S. EPA, from Ms. Jennifer Hubbard, U.S. EPA, re: Sharon Steel Farrell Operable Unit 2, Evaluation of PRP Attorney Letter, 1/4/13. P. 300302-300303.

25. Letter to Mr. Robert Thomson, Babst, Calland, Clements, and Zomnir, P.C., from Mr. Lee Zarzecki, U.S. EPA, re: Response to comments submitted to EPA on October 16, 2012, in response to EPA's Air Dispersion Modeling Analysis, 2/21/13. P. 300304-300309.

26. Memorandum to File, from Ms. Rashmi Mathur,    Δ U.S. EPA, re: Sharon Steel Farrell Works Superfund Site History for the OU2 Record of Decision, 4/30/13. P. 300310-300312.

27. Letter to Ms. Kathy Hodgkiss, U.S. EPA, from Mr. Kelvin Burch, PADEP, re: State concurrence on the Record of Decision (ROD), 8/12/13. P. 300313-300314.

---

Δ    Confidential Business Information has been redacted from this document. The redaction is evident from the face of the document.

APPENDIX A

IV. REMOVAL RESPONSE PROJECTS

1. Memorandum to Mr. James Burke, U.S. EPA, from  ** 
   Ms. Rashmi Mathur, U.S. EPA, re: Recommendation
   for Determination of Imminent and Substantial
   Endangerment at the Sharon Steel Farrell Works
   Superfund Site, 3/19/08.

AR300407

# APPENDIX A

V. <u>COMMUNITY INVOLVEMENT/CONGRESSIONAL CORRESPONDENCE/ IMAGERY</u>

1. U.S. EPA Public Notice, Sharon Steel-Farrell Works Superfund Site, Farrell, Mercer County, PA, re: US EPA Issues Proposed Remedial Action Plan, 9/17/12. P. 500001-500002.

2. U.S. EPA Public Notice, Sharon Steel-Farrell Works Superfund Site, Farrell, Mercer County, PA, re: US EPA Issues Proposed Remedial Action Plan, 9/17/12. P. 500003-500003.

3. Transcript of Proposed Plan Public Meeting, Sharon Steel Farrell Works Site, Operable Unit 2, 10/4/12. P. 500004-500034.

4. U.S. EPA Public Notice, Sharon Steel-Farrell Works Superfund Site, Farrell, Mercer County, PA, re: US EPA Re-Opens Public Comment Period on the Proposed Remedial Action Plan, 11/5/12. P. 500035-500035.

5. U.S. EPA Public Notice, Sharon Steel-Farrell Works Superfund Site, Farrell, Mercer County, PA, re: US EPA Re-Opens Public Comment Period on the Proposed Remedial Action Plan, 11/5/12. P. 500036-500036.

# APPENDIX A

<u>Confidential Documents</u> \*\*\*

1. Quote for moving Dunbar Asphalt, prepared by A&A Machinery Moving, Inc., 9/20/11. P. 000001-000002.

2. Quote for moving Williams Trucking, prepared by A&A Machinery Moving, Inc., 9/20/11. P. 000003-000004.

---

\*\*\* Confidential documents are documents available for review at the U.S. EPA Region III office only with court ordered access in order to protect against the disclosure of privileged and confidential information. For internal reference, confidential documents ONLY are part of SDMS Collection #62687, while releasable documents ONLY are part of SDMS Collection #62662.

APPENDIX A

# pennsylvania
DEPARTMENT OF ENVIRONMENTAL PROTECTION
NORTHWEST REGIONAL OFFICE

August 12, 2013

Ms. Kathy Hodgkiss
Acting Director
Hazardous Site Cleanup Division
US EPA, Region III
1650 Arch Street
Philadelphia, PA 19103-2029

Re: OU2 Record of Decision
Sharon Steel Farrell Works Superfund Site.
City of Farrell, Mercer County, PA

Dear Ms. Hodgkiss:

The Pennsylvania Department of Environmental Protection "Department" has received and reviewed the Record of Decision (ROD) for the Sharon Steel Farrell Works Superfund Site received July 23, 2013. This ROD presents the selected remedial action for Operable Unit 2 (OU2), which addresses the Northern Slag Area. OU2 is located between OU1 North and OU1 South and consists of two parcels totaling 33 acres owned by Dunbar Asphalt Products, Inc. and Williams Brothers, where the companies operate an asphalt plant and trucking operation, respectively.

In evaluating the potential threat to human health and the environment posed by hazardous substances in contaminated soil and slag, the Environmental Protection Agency (EPA) has determined response action is necessary. The selected remedy for the OU2 includes the construction of an asphalt cap, or a cap of equivalent material, to reduce the dermal and inhalation risks. The cap will also reduce the ability of rainwater to pass through the contaminated soils and slag, thus decreasing the migration of contaminants into the groundwater and the Shenango River. The remedy presently addresses 7 acres of the 33 acre OU2, however concurrent sampling of the remaining 26 acres during implementation of the response may require expanding the size of that cap to help meet performance criteria.

The Department hereby concurs with the proposed remedy with the following conditions:

* The Department will have the opportunity to review and concur before any modification to the ROD and the issuance of an Explanation of Significant Difference (ESD).

* Concurrence with the remedy should not be interpreted as acceptance of on-site Operation and Maintenance (O&M) by the Department. State O&M obligations will be determined during design of the remedy and the completion of a Superfund State Contract.

---

230 Chestnut Street | Meadville, PA 16335
814.332.6942 | Fax 814.332.6121
Printed on Recycled Paper

AR300410
www.depweb.state.pa.us

Ms. Kathy Hodgkiss     -2-     August 12, 2013

Thank you for the opportunity to comment and concur on this Record of Decision. If you have any questions regarding this matter, please contact Mr. Gary Mechtly at 814.332.6646.

Sincerely,

Kelvin A. Burch
Regional Director

cc:     Ms. Rashmi Mathur, EPA Region III
       Mr. Weaver (file)

KAB:JW:lsl

AR300411