# APPENDIX B

